IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| EDWARD WALTON, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 6:23-cv-03196-BCW |
| BOOZ ALLEN HAMILTON HOLDING CORPORATION, et al., | |
| Defendants. | |

PLAINTIFF EDWARD WALTON'S MOTION
FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

COMES NOW Plaintiff Edward Walton to respectfully request this Court grant an extension of time through September 21, 2023, for Plaintiff Edward Walton to answer or otherwise plead a response to Defendant Booz Allen Hamilton, Inc. ("Booz Allen") Motion to Dismiss. In support of this Motion, Edward Walton states:

1. Booz Allen filed his Motion in the United States District Court for the Western District of Missouri on August 23, 2023. (Dkt. #8)

2. Plaintiff was out of town before August 23, 2023 until September 3, 2023.

3. Plaintiff was having problems with his PACER account and required some time to correct those problems.

4. Plaintiff requires additional time to conduct a factual investigation into Booz Allen claims.

5. On September 8, 2023, Plaintiff contacted Booz Allen by telephone informing them of filing this Motion.

6. This is Plaintiff's first Motion for extension of time to file a responsive pleading in this matter.

7. This Motion is made in good faith and will not cause any prejudice to Booz Allen or any of the other parties, or undue delay in this matter.

WHEREFORE, Plaintiff Edward Walton respectfully requests this Court grant it additional time, up to and including September 21, 2023, to file a responsive pleading to Defendant Booz Allen Hamilton, Inc Motion to Dismiss and for such other and further relief as this Court deems just and proper.

                        Respectfully submitted,

                        */s/ Edward Walton*
                        Edward Walton
                        153 W Highway B
                        Raymondville, MO 65555
                        Telephone 720 999-0999
                        Email ewalton@engineer.com

                        Plaintiff

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of September, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system upon the following, as well as U.S. Mail, first class, postage prepaid upon Attorneys for Defendant Booz Allen Hamilton, Inc:

    LITTLER MENDELSON, P.C.
    Joseph M. Wientge/Benjamin R Marble
    600 Washington Avenue
    Suite 900
    St. Louis, MO 63101
    (via U.S. Mail)

    Defendant Booz Allen Hamilton Inc.

    */s/ Edward Walton*